## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| **c/o United States Attorney's Office** | : | |
| **Judiciary Center Building** | : | |
| **555 4th Street, N.W.** | : | |
| **Washington, D.C. 20530,** | : | **Civil Action No.** |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **ONE 1999 BMW 528I,** | : | |
| **VIN WBADM6345XGU00786** | : | |
| **WITH ALL APPURTENANCES** | : | |
| **AND ATTACHMENTS THEREON,** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

### VERIFIED COMPLAINT FOR FORFEITURE *IN REM*

Plaintiff, United States of America, by and through its attorney, the United States

Attorney for the District of Columbia, brings this Complaint and alleges as follows in accordance

with Supplemental Rule G(2) of te Federal Rules of Civil Procedure:

### NATURE OF THE ACTION

1. This is a civil action, *in rem*, to forfeit and condemn to the use and benefit of the

United States of America the following property: one 1999 BMW 528I, VIN

WBADM6345XGU00786, bearing New York tag number 1109PH, with all appurtenances and

attachments thereon, (hereinafter, "the defendant property"), for violation of 21 U.S.C. §

881(a)(4).

### THE DEFENDANT IN REM

2. The defendant property is more fully described as a 1999 BMW 528I, VIN

WBADM6345XGU00786, bearing New York tag number 1109PH, with all appurtenances and attachments thereon, that was seized in the District of Columbia, on April 27, 2006, from Panaupio Louis.  The defendant property is presently in a United States Park Police Storage Facility, in Washington, DC.

## JURISDICTION AND VENUE

3.  Plaintiff brings this action *in rem* in its own right to forfeit and condemn the defendant property.  This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, and over an action for forfeiture under 28 U.S.C. § 1355(a).

4.  This Court has *in rem* jurisdiction over the defendant property under 28 U.S.C. § 1355(b).  Upon the filing of this Complaint, plaintiff requests that the Court issue an arrest warrant *in rem* pursuant to Supplemental Rule G(3)(b), which plaintiff will execute upon the defendant property pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

5.  Venue is proper in this district by virtue of 28 U.S.C. § 1355(b)(1), because the acts or omissions giving rise to the forfeiture occurred in this district, and pursuant to 28 U.S.C. § 1395, because the property is located in this district.

## BASIS FOR FORFEITURE

6.  The defendant property is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(4), which provides for the forfeiture of all conveyances, including vehicles, which are used or intended for use, to transport, or in any manner to facilitate the transportation, sale, receipt, possession or concealment of controlled substances which have been manufactured, distributed, dispensed, acquired or possessed in violation of Sub-chapter I of the Controlled Substances Act ("CSA") (Title II of the Comprehensive Drug Abuse Prevention and Control Act of 1970,

codified at 21 U.S.C. § 801, *et seq.*).

7.  On April 27, 2006, an officer of the United States Park Police, seized the defendant property pursuant to a valid traffic stop.

8.  Coincident with the traffic stop, the officer approached defendant property to inquire about the strong smell of marijuana emanating from the defendant property.

9.  After the officer stopped the defendant property, he found Panaupio Louis (hereinafter, "Mr. Louis") operating the defendant property.  Mr. Louis was accompanied by passenger, Ryan Sargent (hereinafter, "Mr. Sargent") at the time of the stop.

10.  Mr. Louis informed the officer that he and his passenger had been smoking marijuana and that he had marijuana in the defendant property, in a bag.

11.  In Mr. Louis's bag, the officer found a large freezer bag containing two medium bags.   Inside the first medium bag were 33 small ziplocks of marijuana and in the second bag were 24 small ziplock bags of marijuana.  Mr. Louis and Mr. Sargent were placed under arrest and transported to the police station.

12.  The total weight of the marijuana retrieved from the vehicle was approximately 144 grams with a street value of $1,440.00.

13.  Marijuana is a controlled substance for the purposes of Sub-chapter I of the CSA. *See* 21 U.S.C. § 881(a)(4).

14.  On June 2, 2006, Mr. Louis was convicted of Possession With Intent to Distribute Marijuana in a Superior Court criminal matter related to Mr. Louis's arrest for possession with intent to distribute the marijuana recovered from the defendant property on April 27, 2006.  *See U.S. v. Panaupio Louis*, Criminal No. 2006-CMD- 8312.

15. The defendant property is registered to Mr. Louis and appears to have no unsatisfied liens.

16. On September 11, 2006, Louis filed an administrative claim of ownership for the defendant property with the Federal Bureau of Investigation.

## COUNT I

17. All statements and averments made in paragraphs 1-16 are re-alleged and incorporated herein by reference.

18. The defendant property is subject to forfeiture because it was used, to transport or facilitate the transportation, sale, receipt, possession or concealment of a controlled substance as described in Sub-chapter I of the Uniform Controlled Substances Act, 21 U.S.C. § 801 et. seq.

19. As such, the defendant property is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(4).

* * *

**WHEREFORE**, the United States of America prays that process of warrant issue for the arrest of the defendant property as described above; that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that judgment be entered declaring that the defendant property be forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other relief as this Court

may deem just and proper, together with the costs and disbursement of this action.

Respectfully submitted,


_/s/_____
JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. Bar No. 498610


_/s/_____
WILLIAM R. COWDEN
Assistant United States Attorney
D.C. Bar No. 426301
555 4th Street, N.W., Room 4824
Washington, D.C.  20530
(202) 307-0258

## **VERIFICATION**

I, A. ANN COLBERT, Supervisory Special Agent for the Federal Bureau of Investigation, hereby verify and declare under penalty of perjury that I have read the foregoing Verified Complaint *in rem* and know the contents thereof, and that the matters contained in the Verified Complaint are true to my own knowledge, except that those matters herein stated to be alleged on information and belief and as to those matters I believe them to be true.

The sources of my knowledge and information and the grounds of my belief are the official files and records of the United States, information supplied to me by other law enforcement officers, as well as my investigation of this case, together with others, as a Special Agent of the FBI.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct.

Executed on this _____ day of December, 2006.


_/s/_____
A. ANN COLBERT
Supervisory Special Agent
Federal Bureau of Investigation

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| **c/o United States Attorney's Office** | : | |
| **Judiciary Center Building** | : | |
| **555 4th Street, N.W.** | : | |
| **Washington, D.C. 20530,** | : | **Civil Action No.** |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **ONE 1999 BMW 528I,** | : | |
| **VIN WBADM6345XGU00786** | : | |
| **WITH ALL APPURTENANCES** | : | |
| **AND ATTACHMENTS THEREON,** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

## WARRANT FOR ARREST *IN REM*

TO: THE UNITED STATES MARSHAL OF THE DISTRICT OF COLUMBIA AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

WHEREAS a Verified Complaint for Forfeiture *In Rem* has been filed in the United States District Court for the District of Columbia, on the _____ of December, 2006 alleging that the defendant property is subject to seizure and forfeiture to the United States pursuant to 21 U.S.C. §881(a)(4).

YOU ARE, THEREFORE, HEREBY COMMANDED to arrest and seize the defendant property, and use discretion and whatever means appropriate to protect and maintain the said defendant property, more fully described as:

ONE 1999 BMW 528I,
VIN WBADM6345XGU00786
WITH ALL APPURTENANCES
AND ATTACHMENTS THEREON.

YOU ARE FURTHER COMMANDED to provide notice of this action to all persons thought to have an interest in or claim against the defendant property by serving upon such persons a copy of this warrant and a copy of the Verified Complaint *In Rem*, in a manner consistent with the principles of service of process of an action *in rem* under the Supplemental Rules for Certain Admiralty and Maritime Claims, Federal Rules of Civil Procedure.

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

Dated:

_____

Clerk of the Court


By: _____

Deputy Clerk

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

**I (a) PLAINTIFFS** US Atty's Office

United States of America

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 11001
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
William R. Cowden
United States Attorney's Office
555 4th St., NW, Washington, DC 20530

**DEFENDANTS**

One 1999 BMW 528I

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

AT    CASE NUMBER   1:06CV02072

JUDGE: Richard W. Roberts

DECK TYPE: General Civil

DATE STAMP: 12/04/2006

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

☒ 1 U.S. Government
Plaintiff

☐ 2 U.S. Government
Defendant

☐ 3 Federal Question
(U.S. Government Not a Party)

☐ 4 Diversity
(Indicate Citizenship of Parties
in item III)

**III CITIZENSHIP**
FOR PLAINTIFF A...

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

| ☐ A. Antitrust | ☐ B. Personal Injury/ Malpractice | ☐ C. Administrative Agency Review | ☐ D. Temporary Restraining Order/Preliminary Injunction |
|---|---|---|---|
| ☐ 410 Antitrust | ☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Medical Malpractice<br>☐ 365 Product Liability<br>☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act<br><br>**Social Security:**<br>☐ 861 HIA ((1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g)<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)<br><br>**Other Statutes**<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment.<br><br>*(If Antitrust, then A governs)* |

## ☒ E. General Civil (Other)   OR   ☐ F. Pro Se General Civil

| Real Property | Bankruptcy | Forfeiture/Penalty | |
|---|---|---|---|
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent, Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>**Prisoner Petitions**<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition | ☐ 610 Agriculture<br>☐ 620 Other Food &Drug<br>☒ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 RR & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other | ☐ 470 Racketeer Influenced & Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Satellite TV<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410 |
| **Personal Property**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | **Property Rights**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br><br>**Federal Tax Suits**<br>☐ 870 Taxes (US plaintiff or defendant<br>☐ 871 IRS-Third Party 26 USC 7609 | **Other Statutes**<br>☐ 400 State Reapportionment<br>☐ 430 Banks & Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation | ☐ 900 Appeal of fee determination under equal access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act |

① WARRANT
NO SUMMONS

| □ **G. Habeas Corpus/ 2255** | □ **H. Employment Discrimination** | □ **I. FOIA/PRIVACY ACT** | □ **J. Student Loan** |
|---|---|---|---|
| □ 530 Habeas Corpus-General<br>□ 510 Motion/Vacate Sentence | □ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | □ 895 Freedom of Information Act<br>□ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | □ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| □ **K. Labor/ERISA (non-employment)** | □ **L. Other Civil Rights (non-employment)** | □ **M. Contract** | □ **N. Three-Judge Court** |
|---|---|---|---|
| □ 710 Fair Labor Standards Act<br>□ 720 Labor/Mgmt. Relations<br>□ 730 Labor/Mgmt. Reporting & Disclosure Act<br>□ 740 Labor Railway Act<br>□ 790 Other Labor Litigation<br>□ 791 Empl. Ret. Inc. Security Act | □ 441 Voting (if not Voting Rights Act)<br>□ 443 Housing/Accommodations<br>□ 444 Welfare<br>□ 440 Other Civil Rights<br>□ 445 American w/Disabilities-Employment<br>□ 446 Americans w/Disabilities-Other | □ 110 Insurance<br>□ 120 Marine<br>□ 130 Miller Act<br>□ 140 Negotiable Instrument<br>□ 150 Recovery of Overpayment & Enforcement of Judgment<br>□ 153 Recovery of Overpayment of Veteran's Benefits<br>□ 160 Stockholder's Suits<br>□ 190 Other Contracts<br>□ 195 Contract Product Liability<br>□ 196 Franchise | □ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding   □ 2 Removed from State Court   □ 3 Remanded from Appellate Court   □ 4 Reinstated or Reopened   □ 5 Transferred from another district (specify)   □ Multi district Litigation   □ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

21 USC 881(a)(4)  Facilitation

| **VII. REQUESTED IN COMPLAINT** | CHECK IF THIS IS A CLASS □ ACTION UNDER F.R.C.P. 23 | **DEMAND $** | Check YES only if demanded in complaint<br>**JURY DEMAND:** □ YES   □ NO |
|---|---|---|---|

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   □ YES   ☒ NO   If yes, please complete related case form.

**DATE** 12/4/06   SIGNATURE OF ATTORNEY OF RECORD

---

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.     COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.