**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-2072 (RWR) |
| | ) | |
| **ONE 1999 BMW 528I,** | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER TO SHOW CAUSE**

Plaintiff United States of America filed on December 18, 2006 proof of the execution of the warrant for the arrest of the defendant property. No responsive pleading has been filed, but plaintiff has not sought entry of default or a default judgment. Therefore, it is hereby

**ORDERED** that on or before March 14, 2007 plaintiffs shall show cause in writing why this case should not be dismissed. Failure to show good cause in writing on or before March 14, 2007 may result in dismissal of this case.

SIGNED this 28th day of February, 2007.

_____/s/_____
RICHARD W. ROBERTS
United States District Judge