IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    c/o the United States Attorney<br>    Judiciary Center Building<br>    555 4th St., N.W.<br>    Washington, DC 20530<br><br>           Plaintiff,<br><br>v.<br><br>ONE 1999 BMW 528I,<br>VIN WBADM6345XGU00786<br>WITH ALL APPURTENANCES<br>AND ATTACHMENTS THEREON,<br><br>           Defendant. | Civil Action No. 06-2072 (RWR) |

**AFFIDAVIT IN SUPPORT OF DEFAULT**

I hereby certify under penalty of perjury, this 5<u>th</u> day of March, 2007, that I am the attorney of record for the plaintiff in the above-entitled case; that the *in rem* defendant property, described as:

> ONE 1999 BMW 528I, VIN WBADM6345XGU00786
> WITH ALL APPURTENANCES AND ATTACHMENTS
> THEREON,

was personally served with process on December 18, 2006.[1]

I further certify that notice of this action has been given to all known or unknown interested parties by means of certified mail[2] or by publication.[3]

---

[1] A copy of the Complaint and the Warrant of Arrest *in Rem* issued by the Clerk of the Court were served upon the *in rem* defendant vehicle on December 18, 2006.

[2] Copies of the Complaint and Warrant of Arrest *In Rem* were sent to all known interested parties, via Federal Express Mail delivery, including to: Mr. Louis Panaupio on January 8, 2007, at his last known address of record and to Mr. Ryan S. Sargeant on January 8,

I further certify under penalty of perjury that no appearances have been entered on behalf of the said *in rem* defendant vehicle in this case; no pleading on behalf of the defendant vehicle has been filed and none served upon the attorney for the plaintiff; no extensions have been given and the time for filing has expired; and that the defendant vehicle is neither an infant nor an incompetent person.

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true and correct.

The Clerk is requested to enter a Default against said *in rem* defendant vehicle.

/s/
_____
WILLIAM R. COWDEN
DC Bar #426301
Assistant United States Attorney
U.S. Attorney's Office
Asset Forfeiture Unit, Criminal Division
555 4th Street, N.W., Room 4824
Washington, DC 20530
(202) 307-0258

---

2007, at his last known address of record.

[3] A notice of seizure was published on January 24, 2007, in THE WASHINGTON TIMES and on January 30, 2007, in THE DAILY WASHINGTON LAW REPORTER.

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing Affidavit in Support of Default against the *in Rem* Defendant 1999 BMW 528I, VIN WBADM6345XGU00786, with all appurtenances and attachments thereon, was sent by U.S. Postal Service, first-class mail, postage prepaid, to Mr. Louis Panaupio, 285 Cozine Avenue, Apt. 6A, Brooklyn, NY 11207, and to Mr. Ryan S. Sargeant, 314 Erath Drive, Rochester, NY 14626, on this 5th  day of March, 2007.


      /s/
_____
WILLIAM R. COWDEN
Assistant United States Attorney
U.S. Attorney's Office
Asset Forfeiture Unit, Criminal Division
555 4th Street, N.W., Room 4824
Washington, DC 20530
(202) 307-0258