Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

    Plaintiff(s)

V.

ONE 1999 BMW 5281, VIN WBADM6345XGU00786 WITH ALL APPURTENANCES AND ATTACHMENTS THEREON

    Defendant(s)

Civil Action No. **06-2072 RWR**

RE: ONE 1999 BMW 5281, VIN WBADM6345XGU00786 WITH ALL APPURTENANCES AND ATTACHMENTS THEREON

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on Dec. 18, 2006, and an affidavit on behalf of the plaintiff having been filed, it is this **6th** day of **March**, **2007** declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: N. Wilkens
Deputy Clerk