UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ONE 1999 BMW 528I, )<br>VIN WBADM6345XGU00786 )<br>WITH ALL APPURTENANCES )<br>AND ATTACHMENTS THEREON, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 06-2072 (RWR)<br>ECF |

### MOTION FOR ENTRY OF DEFAULT
### JUDGMENT AND JUDGMENT OF FORFEITURE

The United States of America, by and through the United States Attorney for the District of Columbia, respectfully moves pursuant to Fed. R. Civ. P. 55, 18 U.S.C. § 983(a)(4)(A), and Rules C(6) and G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, for entry of Default Judgment and for a Judgment of Forfeiture as to the above-captioned defendant 1999 BMW 528i, VIN WBADM6345XGU00786, with all appurtenances and attachments thereon, identified in the Verified Complaint for Forfeiture *In Rem*, on the ground that no timely paper, pleading, or other claim was filed on behalf of the defendant herein and the Default was entered by the Clerk of this Court on March 6, 2007.

A proposed Judgment of Forfeiture is submitted herewith, along with a Memorandum of

Points and Authorities.

                              Respectfully submitted,

/s/
JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
DC Bar #498610


/s/
WILLIAM R. COWDEN
Assistant United States Attorney
DC Bar #426301
United States Attorney's Office
555 4th Street, N.W., Room 4824
Washington, DC  20530
(202) 307-0258

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a copy of the foregoing Motion for Entry of Default Judgment and Judgment of Forfeiture, accompanying Memorandum, and Proposed Order of Forfeiture was mailed via U.S. Postal Service, first-class mail, postage paid, to Mr. Louis Panaupio at his last known address of record in Brooklyn, NY; and to Mr. Ryan S. Sargeant at his last known address of record in Rochester, NY, on this  8th  day of March, 2007.


/s/
WILLIAM R. COWDEN
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>           Plaintiff,         )<br>                              )<br>    v.                        )<br>                              )<br>ONE 1999 BMW 528I,            )<br>VIN WBADM6345XGU00786         )<br>WITH ALL APPURTENANCES        )<br>AND ATTACHMENTS THEREON,      )<br>                              )<br>           Defendant.         )<br>_____) | Civil Action No. 06-2072 (RWR)<br>ECF |

**MEMORANDUM IN SUPPORT OF MOTION FOR**
**DEFAULT JUDGMENT AND JUDGMENT OF FORFEITURE**

On December 4, 2006, the plaintiff filed a Verified Complaint for Forfeiture *In Rem* against the defendant 1999 BMW 528i, VIN WBADM6345XGU00786, with all appurtenances and attachments thereon. A copy of the Complaint and Warrant of Arrest *In Rem* issued by the Clerk of the Court was served upon the *in rem* defendant on December 18, 2006. (*See* Exhibit I.) Additionally, copies of the Complaint and Warrant of Arrest *In Rem* were sent to all known interested parties, via Federal Express Mail delivery, including to: Mr. Louis Panaupio on January 8, 2007, at his last known address of record and to Mr. Ryan S. Sargeant on January 8, 2007, at his last known address of record. (*See* Exhibits II-a-b.) Further, a notice of seizure was published on January 24, 2007, in THE WASHINGTON TIMES and on January 30, 2007, in THE DAILY WASHINGTON LAW REPORTER, in full compliance with applicable rules of procedure. (*See* Exhibits III and IV.)

No response, answer, or defense was interposed in accordance with applicable rules, resulting in the entry of a Default by the Clerk of this Court on March 6, 2007.  No other party has filed a claim or pleading challenging the forfeiture of the *in rem* defendant 1999 BMW 528i, VIN WBADM6345XGU00786, and the time for filing a claim has expired.  *See* 18 U.S.C. § 983(a)(4)(A); Rules C(6) and G(5), Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

The entry of Default and a Judgment by Default against the defendant vehicle is amply supported in the circumstances of this case.  Indeed, the Clerk of the Court "shall enter" the Default where there has been a failure to timely plead or otherwise defend an action within the time fixed by law.  Fed. R. Civ. P. Rule 55(a).  Moreover, the Civil Asset Forfeiture Reform Act of 2000, codified at 18 U.S.C. § 983(a)(4)(A), and Supplemental Rule G, mandate the filing of a claim within 35 days of the sending of notice of the Government's Complaint.

Further, whenever a judgment is sought for other than a sum certain (i.e. Judgment of Forfeiture), application for Judgment by Default shall be made to the Court and such Judgment may be entered by the Court so long as the defaulted party is not an infant or otherwise incompetent.  Fed. R. Civ. P. Rule 55(b); *DirecTV, Inc. v. Arnold*, 392 F. Supp.2d 415 (N.D.N.Y. 2005).  *See also Canady, MD v. Erbe Elektromedizin GMBG*, 307 F. Supp.2d 2 (D.D.C. 2004); *United States v. Gant*, 268 F. Supp.2d 29 (D.D.C. 2003).

Accordingly, upon consideration of the record in this case, including a showing of compliance with applicable rules regarding service of process and notice by publication, and the

Default having been entered by the Clerk of the Court, it is respectfully requested that this motion be granted. A proposed Order of Forfeiture is attached.

                                          Respectfully submitted,

/s/
JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
DC Bar #498610

/s/
WILLIAM R. COWDEN
Assistant United States Attorney
DC Bar #426301
United States Attorney's Office
555 4th Street, N.W., Room 4824
Washington, DC 20530
(202) 307-0258

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 06-2072 RWR |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| One 1999 BMW 528I | Verified Complaint, Warrant of Arrest in Rem, |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

One 1999 BMW 528I

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

William R. Cowden
United States Attorney
555 4th Street, N.W., Room 4828
Washington, DC 20530

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

CATS ID #:   06-FBI-002532

A- Watson - 610-8750
David Hanly - (202) 649-7310

Signature of Attorney or other Originator requesting service on behalf of:
William R. Cowden

☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: (202) 307-0258
DATE: 12/4/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 16 | District to Serve No. 16 | Signature of Authorized USMS Deputy or Clerk | Date 12/6/06 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

| Date of Service | Time | am/pm |
|---|---|---|
| 12/18/06 | | |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

GOVERNMENT EXHIBIT I
*United States v. One 1999 BMW 528I...,*
Cv. No. 06-2072 (RWR)

NOTE

| PRIOR EDITIONS MAY BE USED | 3. NOTICE OF SERVICE | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

71
400

**FedEx Express** USA Airbill

FedEx Tracking Number: 8323 2405 7252

Form I.D. No. 0215

Sender's Copy

SPH33

Delivered 1/9/07 @ 10:02 am

**1 From**
Date: 1/8/07
Sender's FedEx Account Number: 1229-2936-1
Sender's Name: William Cowden
Phone: (202) 307-7709
Company: USDOJ/US ATTY OFC
Address: 555 4TH ST NW
City: WASHINGTON   State: DC   ZIP: 20530

**2 Your Internal Billing Reference**

**3 To**
Recipient's Name: Panaupio Louis
Phone: ( )
Company: [redacted]
Address: [redacted]
City: Brooklyn   State: NY   ZIP: [redacted]

Try online shipping at fedex.com

0209481233

**4a Express Package Service**
☐ FedEx Priority Overnight
☐ FedEx Standard Overnight
☐ FedEx First Overnight
☐ FedEx 2Day
☐ FedEx Express Saver

**4b Express Freight Service**
☐ FedEx 1Day Freight
☐ FedEx 2Day Freight
☐ FedEx 3Day Freight

**5 Packaging**
☐ FedEx Envelope*
☐ FedEx Pak*
☐ Other

**6 Special Handling**
☐ SATURDAY Delivery
☐ HOLD Weekday at FedEx Location
☐ HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods?
☐ No   ☐ Yes As per attached Shipper's Declaration   ☐ Yes Shipper's Declaration not required   ☐ Dry Ice
☐ Cargo Aircraft Only

**7 Payment Bill to:**
☐ Sender  ☐ Recipient  ☐ Third Party  ☐ Credit Card  ☐ Cash/Check

Total Packages   Total Weight   Total Declared Value: $ .00

**8 Release Signature**

447

GOVERNMENT EXHIBIT II-a
United States v. One 1999 BMW 528I...
Cv. No. 06-2072 (RWR)

**FedEx**

US Home                                   Information Center | Customer Support | Site Map
Español                                   Search _____ Go!

Package / Envelope Services | Office / Print Services | Freight Services | Expedited Services

Ship | **Track** | Manage My Account | International Tools

Track Shipments              🖶 Printable Version   ❓ Quick Help
Detailed Results

| | | | | |
|---|---|---|---|---|
| **Tracking number** | 832324057252 | **Delivered to** | Residence | **Wrong Address?** Reduce future mistakes by using FedEx Address Checker. |
| **Signed for by** | G.LEVIS | **Service type** | Priority Envelope | |
| **Ship date** | Jan 8, 2007 | | | |
| **Delivery date** | Jan 9, 2007 10:02 AM | | | **Tracking a FedEx SmartPost Shipment?** Go to shipper login |
| **Status** | Delivered | | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Jan 9, 2007** | 10:02 AM | **Delivered** | | |
| | 8:31 AM | On FedEx vehicle for delivery | BROOKLYN, NY | |
| | 7:56 AM | At local FedEx facility | BROOKLYN, NY | |
| | 6:02 AM | At dest sort facility | JAMAICA, NY | |
| | 5:49 AM | Departed FedEx location | NEWARK, NJ | |
| | 1:01 AM | Arrived at FedEx location | NEWARK, NJ | |
| **Jan 8, 2007** | 9:35 PM | Left origin | WASHINGTON, DC | |
| | 7:11 PM | Picked up | WASHINGTON, DC | |

[ Signature proof ]   [ E-mail results ]   [ Track more shipments ]

Subscribe to tracking updates (optional)

Your Name: _____        Your E-mail Address: _____

E-mail address    Language                    Exception updates ☐   Delivery updates ☐
_____        [English ▼]

**GOVERNMENT EXHIBIT II-a**
*United States v. One 1999 BMW 528I...,*
Cv. No. 06-2072 (RWR)

|  | English |  |  |
|---|---|---|---|
|  | English |  |  |
|  | English |  |  |

**Select format:** ⦿ HTML ○ Text ○ Wireless

**Add personal message:**

Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions

[Submit]

Global Home | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-200



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

January 22, 2007

Dear Customer:

The following is the proof of delivery you requested with the tracking number **832324057252**.

---

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery date:** | Jan 9, 2007 10:02 |
| **Signed for by:** | G.LEVIS | | |
| **Service type:** | Priority Envelope | | |

---

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 832324057252 | **Ship date:** | Jan 8, 2007 |

**Recipient:**
US

**Shipper:**
US

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

**GOVERNMENT EXHIBIT II-a**
*United States v. One 1999 BMW 528I...,*
Cv. No. 06-2072 (RWR)

Extremely Urgent

1/9/07 9:59 am
delivered-left on porch

# FedEx Envelope

**FedEx USA Airbill**  FedEx Tracking Number: 8323 2405 7241    Form I.D. No. 0215    Sender's Copy

**1 From**
Date: 1/8/07
Sender's FedEx Account Number: 1229-2936-1
Sender's Name: William Cowden
Phone: (202) 307-7709
Company: USDOJ/US ATTY OFC
Address: 555 4TH ST NW
City: WASHINGTON    State: DC    ZIP: 20530

**2 Your Internal Billing Reference**

**3 To**
Recipient's Name: Ryan S. Sargeant
Phone: (    )
Company: [redacted]
Address: [redacted]
City: Rochester    State: NY    ZIP: [redacted]

**4a Express Package Service**
- FedEx Priority Overnight
- FedEx Standard Overnight
- FedEx First Overnight
- FedEx 2Day
- FedEx Express Saver

**4b Express Freight Service**
- FedEx 1Day Freight
- FedEx 2Day Freight
- FedEx 3Day Freight

**5 Packaging**
- FedEx Envelope*
- FedEx Pak*
- Other

**6 Special Handling**

**7 Payment** Bill to: Sender

447

GOVERNMENT EXHIBIT II-b
United States v. One 1999 BMW 528L...,
Cv. No. 06-2072 (RWR)



US Home      Information Center | Customer Support | Site Map

Español      Search [ ] Go!

Package / Envelope Services | Office / Print Services | Freight Services | Expedited Services

Ship | **Track** | Manage My Account | International Tools

## Track Shipments
### Detailed Results

Printable Version    Quick Help

| | |
|---|---|
| **Tracking number** | 832324057241 |
| **Signed for by** | Signature release on file |
| **Ship date** | Jan 8, 2007 |
| **Delivery date** | Jan 9, 2007 9:59 AM |
| **Status** | Delivered |

| | |
|---|---|
| **Delivered to** | Residence |
| **Service type** | Priority Envelope |

**Wrong Address?**
Reduce future mistakes by using FedEx Address Checker.

**Tracking a FedEx SmartPost Shipment?**
Go to shipper login

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Jan 9, 2007 | 9:59 AM | **Delivered** | | Left on porch. Package delivered to recipient address - release authorized |
| | 8:32 AM | On FedEx vehicle for delivery | ROCHESTER, NY | |
| | 7:55 AM | At local FedEx facility | ROCHESTER, NY | |
| | 7:15 AM | At dest sort facility | ROCHESTER, NY | |
| | 1:01 AM | Arrived at FedEx location | NEWARK, NJ | |
| Jan 8, 2007 | 9:35 PM | Left origin | WASHINGTON, DC | |
| | 7:11 PM | Picked up | WASHINGTON, DC | |

Take 15% off 1st rates on eligible FedEx Express online shipments. Learn more >>

Signature proof | E-mail results | Track more shipments

Subscribe to tracking updates (optional)

**GOVERNMENT EXHIBIT II-b**
*United States v. One 1999 BMW 528I...,*
Cv. No. 06-2072 (RWR)

Your Name: [ ]    Your E-mail Address: [ ]

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
|  | English ▼ | ☐ | ☐ |
|  | English ▼ | ☐ | ☐ |
|  | English ▼ | ☐ | ☐ |
|  | English ▼ | ☐ | ☐ |

**Select format:** ⦿ HTML ○ Text ○ Wireless

**Add personal message:**

Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions     [Submit]

Global Home | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-200

AFFIDAVIT OF PUBLICATION

AD# 10141770

District of Columbia, ss,
Personally appeared before me, FAITH H. ALLBRITTON,
a Notary Public in and for the District of Columbia;

CARL S. JOHNSON, who is being duly sworn according to law, an oath says that he is an AUTHORIZED AGENT of THE WASHINGTON TIMES, L.L.C., publisher of

# The Washington Times

Circulated daily, in the City of Washington, District of Columbia, and that the advertisement, of which the annexed is a true copy was published in said newspaper  1  time(s) on the following dates:

2007 JANUARY 24

at the rate of $ 2.91  per line.

Total Cost $ 168.78  Dollars

Subscribed and sworn to before me

JANUARY 24, 2007

Notary Public _Faith H. Allbritton_

Faith H. Allbritton
Notary Public, District of Columbia
My Commission Expires 6-14-2010

My Commission expires _____

**NOTICE**

NOTICE IS HEREBY GIVEN that by virtue of a Warrant for Arrest In Rem, issued by the U.S. District Court for the District of Columbia, in an action entitled United States v. One 1999 BMW 528I, VIN WBADM6345XGU00786, with all appurtenances and attachments thereon, the United States Marshals Service for the District of Columbia arrested on December 18, 2006, a 1999 BMWi, VIN WBADM6345XGU00786, said property described above under Civil Action No. 06-2072-RWR and filed on December 4, 2006, with the Clerk of the Court for the District of Columbia for violation of 21 U.S.C. § 881 and which action requests that the said property be seized for condemnation and confiscation and requests such costs and disbursements as decreed by the Court. Any person who is entitled to possession, or claiming an interest in or to said property, pursuant to Rules C(6) and G(5) of the Supplemental Rules for Certain Admiralty and Maritime Claims and within 30 days after the earlier of (1) receiving actual notice of execution of process, or (2) the publication of this notice, must file a verified claim with the Clerk of the Court, U.S. District Court for the District of Columbia and make service upon the attorney for the plaintiff and must serve their answers within 20 days after the filing of their verified claims. All interested persons should file claims and answers within the time so fixed, or be defaulted and said property be condemned and forfeited to the use of the United States of America. William R. Cowden, Assistant United States Attorney, 555 Fourth Street, NW, Washington, DC 20530.

---

**GOVERNMENT EXHIBIT III**
*United States v. One 1999 BMW 528I...,*
Cv. No. 06-2072 (RWR)

# The Daily Washington Law Reporter
## Affidavit of Publication

DISTRICT OF COLUMBIA, to wit:

Personally appeared before me, a Notary Public in and for the said District of Columbia, **Gary Millstein** who being duly sworn according to law, on oath says he is the duly authorized agent of The Daily Washington Law Reporter Company, publishers of The Daily Washington Law Reporter, a newspaper of general circulation printed and published in the District aforesaid, and that the advertisement of which the affixed is a true copy, was published in the regular editions of said newspaper __1__ times on the following dates:

__Jan 30 2007__

_____
Agent

Costs $ __64.48__

Subscribed to and sworn before me this

__30__ day, __Jan__, 200__7__

_____
Donald J. Nichols
Notary Public, District of Columbia
My Commission expires 12/14/2009

Seal

Copy of Notice

**NOTICE**
NOTICE IS HEREBY GIVEN that by virtue of a Warrant for Arrest In Rem, issued by the U.S. District Court for the District of Columbia, in an action entitled <u>United States v. One 1999 BMW 528I, VIN WBADM6345XGU00786, with all appurtenances and attachments thereon</u>, the United States Marshals Service for the District of Columbia arrested on December 18, 2006, a 1999 BMWi, VIN WBADM6345XGU00786, said property described above under Civil Action No. 06-2072-RWR and filed on December 4, 2006, with the Clerk of the Court for the District of Columbia for violation of 21 U.S.C.§ 881 and which action requests that the said property be seized for condemnation and confiscation and requests such costs and disbursements as decreed by the Court. Any person who is entitled to possession, or claiming an interest in or to said property, pursuant to Rules C(6) and G(5) of the Supplemental Rules for Certain

Admiralty and Maritime Claims and within 30 days after the earlier of (1) receiving actual notice of execution of process, or (2) the publication of this notice, must file a verified claim with the Clerk of the Court, U.S. District Court for the District of Columbia and make service upon the attorney for the plaintiff and must serve their answers within 20 days after the filing of their verified claims. All interested persons should file claims and answers within the time so fixed, or be defaulted and said property be condemned and forfeited to the use of the United States of America. William R. Cowden, Assistant United States Attorney, 555 Fourth Street, NW, Washington, DC 20530. Pub Date: Jan. 30, 2007.

**GOVERNMENT EXHIBIT IV**
*United States v. One 199 BMW 528I...,*
Cv. No. 06-2072 (RWR)

established 1874
*The Daily Washington Law Reporter Company*
1000 Connecticut Avenue NW, Suite 1100, Washington, DC 20036

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                          )<br>            Plaintiff,                          )<br>                                                          )<br>      v.                                              )<br>                                                          )<br>ONE 1999 BMW 528I,                    )<br>VIN WBADM6345XGU00786    )<br>WITH ALL APPURTENANCES     )<br>AND ATTACHMENTS THEREON, )<br>                                                          )<br>            Defendant.                      )<br>_____ ) | Civil Action No. 06-2072 (RWR)<br>ECF |

## JUDGMENT OF FORFEITURE

On December 4, 2006, a Verified Complaint for Forfeiture *In Rem* was filed by the plaintiff, United States of America, against the *in rem* defendant 1999 BMW528i, VIN WBADM6345XGU00786.  The Complaint alleges that the defendant vehicle was used, or intended for use, to transport, or in any manner to facilitate the transportation, sale, receipt, possession or concealment of controlled substances which have been manufactured, distributed, dispensed, acquired or possessed in violation of Sub-chapter I of the Controlled Substances Act (Title II of the Comprehensive Drug Abuse Prevention and Control Act of 1970, codified at 21 U.S.C. § 801, *et seq*.).  As such, the defendant vehicle is subject to forfeiture pursuant to 18 U.S.C. § 881(a)(4).

It appearing that process was fully issued in this action with respect to the defendant vehicle and returned according to law;

That pursuant to a Warrant of Arrest *in Rem* issued by this Court, the United States Marshal for the District of Columbia served the said defendant vehicle on December 18, 2006;

That on March 6, 2007, the Clerk of this Court entered a Default for failure to file a claim with respect to the said defendant vehicle within the time permitted by 18 U.S.C. § 983(a)(4)(a) and Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions; and

That no defense to the forfeiture remains interposed.

Now, therefore, on motion of the plaintiff, the United States of America, for Default Judgment and Judgment of Forfeiture, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that the default of all persons interested in the defendant property further identified as: One 1999 BMW 528i, VIN WBADM6345XGU00786, with all appurtenances and attachments thereon, be entered and that no right, title, or interest in the *in rem* defendant vehicle shall exist in any other party, and that the said defendant vehicle be and hereby is forfeited to the United States of America to be disposed of in accordance with law.

That the Clerk is hereby directed to send certified copies of this Judgment of Forfeiture to plaintiff's counsel of record and to the United States Marshals Service.

Dated this _____ day of _____, 2007.

                                                    RICHARD W. ROBERTS
                                                   United States District Judge