UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>            Plaintiff,              )<br>                                   )<br>        v.                         )<br>                                   )<br>ONE 1999 BMW 528I,                 )<br>VIN WBADM6345XGU00786              )<br>WITH ALL APPURTENANCES             )<br>AND ATTACHMENTS THEREON,           )<br>                                   )<br>            Defendant.              )<br>_____) | Civil Action No. 06-2072 (RWR)<br>ECF |

## JUDGMENT OF FORFEITURE

On December 4, 2006, a Verified Complaint for Forfeiture *In Rem* was filed by the plaintiff, United States of America, against the *in rem* defendant 1999 BMW528i, VIN WBADM6345XGU00786. The Complaint alleges that the defendant vehicle was used, or intended for use, to transport, or in any manner to facilitate the transportation, sale, receipt, possession or concealment of controlled substances which have been manufactured, distributed, dispensed, acquired or possessed in violation of Sub-chapter I of the Controlled Substances Act (Title II of the Comprehensive Drug Abuse Prevention and Control Act of 1970, codified at 21 U.S.C. § 801, *et seq.*). As such, the defendant vehicle is subject to forfeiture pursuant to 18 U.S.C. § 881(a)(4).

It appearing that process was fully issued in this action with respect to the defendant vehicle and returned according to law;

That pursuant to a Warrant of Arrest *in Rem* issued by this Court, the United States Marshal for the District of Columbia served the said defendant vehicle on December 18, 2006;

That on March 6, 2007, the Clerk of this Court entered a Default for failure to file a claim with respect to the said defendant vehicle within the time permitted by 18 U.S.C. § 983(a)(4)(a) and Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions; and

That no defense to the forfeiture remains interposed.

Now, therefore, on motion of the plaintiff, the United States of America, for Default Judgment and Judgment of Forfeiture, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that the default of all persons interested in the defendant property further identified as: One 1999 BMW 528i, VIN WBADM6345XGU00786, with all appurtenances and attachments thereon, be entered and that no right, title, or interest in the *in rem* defendant vehicle shall exist in any other party, and that the said defendant vehicle be and hereby is forfeited to the United States of America to be disposed of in accordance with law.

That the Clerk is hereby directed to send certified copies of this Judgment of Forfeiture to plaintiff's counsel of record and to the United States Marshals Service.

Dated this 30th day of March, 2007.

_____
RICHARD W. ROBERTS
United States District Judge